**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Rude Music Inc

                         Plaintiff,

v.                                          Case No.: 1:12–cv–00640
                                                    Honorable Matthew F. Kennelly

Newt 2012, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 9, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held with attorneys for both sides. Settlement Conference set for 7/30/2012 at 02:00 PM. Mediation statements are to be served by 7/26/2012. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.