# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rude Music Inc

                      Plaintiff,

v.                                              Case No.: 1:12–cv–00640
                                                Honorable Matthew F. Kennelly

Newt 2012, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 30, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly: Settlement conference held with attorneys for both sides, and continued. Settlement recommendation made by the COurt. Counsel for each side is to telephone the Court, separately, on 8/7/12 at 8:30 a.m. to respond to the recommendation and, possibly, to set a further settlement conference. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.