# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rude Music Inc

        Plaintiff,

v.                    Case No.: 1:12−cv−00640
                     Honorable Matthew F. Kennelly

Newt 2012, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2012:

  MINUTE entry before Honorable Matthew F. Kennelly:Separate telephone conference held with each side's attorney, followed by a joint telephone conference. Recommendation has been accepted, subject to agreement on language. Telephone status hearing continued to 8/16/2012 at 08:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.