# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Rude Music Inc

                  Plaintiff,

v.                                  Case No.: 1:12–cv–00640

                                  Honorable Matthew F. Kennelly

Newt 2012, Inc., et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 16, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with attorneys for both sides by telephone. The parties are completing documentation of a settlement. Status hearing continued to 9/12/2012 at 09:30 AM. The status will be vacated if a stipulation disposing of the case is submitted prior to 9/12/2012. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.